# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

129309

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEMARIOL DONTAYE BOYKIN,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129309
COA: 253224
Kent CC: 03-004460-FC

On order of the Court, the application for leave to appeal the July 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk